IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PAULA BRADSHAW** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:09cv743-HSO-JMR |
| | § | |
| **CITY OF GULFPORT,** | § | |
| **MISSISSIPPI,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Motion [13] for Summary Judgment filed by Defendants City of Gulfport, Mississippi, and Jim Cowan. The Court, after a full review and consideration of Defendants' Motion, the related pleadings, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's Title VII claims should be and hereby are **DISMISSED WITH PREJUDICE**, and Plaintiff's state law claims should be and hereby are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 12th day of October, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE